# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2009

138102

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re OLIVIA JOE BEAN, a/k/a OLIVIA JOE
HERRIN, and EVANN EDWARD WALKER,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

ELIZABETH PEARL HERRIN,
        Respondent-Appellant,

and

JOSEPH EMERY BEAN,
        Respondent.

SC: 138102
COA: 285467
Oakland CC, Family Division:
07-731815-NA

_____/

On order of the Court, the application for leave to appeal the December 30, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2009

_____
Clerk

s0203